# NO. 12-14-00193-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *LINDA LOU LOFTIN,*<br>*APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW* |
| *WILLIAM DEAN LOFTIN,*<br>*APPELLEE* | § | *HUNT COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant has filed a motion to dismiss this appeal for want of jurisdiction. After reviewing Appellant's motion, the court is of the opinion that the motion should be granted. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed for want of jurisdiction***. *See* TEX. R. APP. P. 42.2(a).

Opinion delivered July 23, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 23, 2014**

**NO. 12-14-00193-CV**

**LINDA LOU LOFTIN,**
Appellant
V.
**WILLIAM DEAN LOFTIN,**
Appellee

---

Appeal from the County Court at Law

of Hunt County, Texas (Tr.Ct.No. CC1400152)

---

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed for want of jurisdiction,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*